# THE YITZHAK LAW GROUP

ERICA T. YITZHAK

LAVINIA A. ACARU

ATTORNEYS AT LAW

July 31, 2019

Hon. Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re: Lisa Y. Zuyus | Case No. 19-73681

Dear Judge Trust,

This office represents the Debtor Lisa Y. Zuyus in the above-mentioned case.

Please allow this letter to confirm that Debtor is consenting to dismissal, and will not oppose Trustee's motion to dismiss.

Thank you for your attention in this matter.

Very truly yours,

/s/ Erica T. Yitzhak
Erica T. Yitzhak