**Fill in this information to identify the case:**

Debtor 1   Lisa A Zuyus
           aka Lisa Ann Daly

Debtor 2   _____
(Spouse, if filing)

United States Bankruptcy Court for the EASTERN District of NEW YORK

Case number 8-19-73681-ast

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor: MTGLQ INVESTORS, L.P.**                    **Court claim no**. (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account: 7297

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No
☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| # | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | 07/19/2019 (POC) | (5) | $300.00 |
|   |   | 07/19/2019 (Plan Review) | | $350.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Payment History 410A | 07/19/2019 | (11) | $250.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Lisa A Zuyus | | | Case number *(if known)* 8-19-73681-ast |
|---|---|---|---|---|
| aka Lisa Ann Daly | | | | |
| | Print Name | Middle Name | Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ __/s/ Sindi Mncina_____        Date __10/21/2019_
Signature

Print        __Sindi Mncina_____        Title    Bankruptcy Attorney
            First Name    Middle Name    Last Name

Company    RAS Crane, LLC

Address    10700 Abbott's Bridge Road, Suite 170
           Number        Street

           Duluth, GA 30097
           City                    State    ZIP Code

Contact Phone    470-321-7112                Email    __smncina@rascrane.com_

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on  October 21, 2019                                                              ,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Erica T Yitzhak
17 Barstow Road
Suite 406
Great Neck, NY 11021

Lisa A Zuyus
2352 Windsor Road
Baldwin, NY 11510

Marianne DeRosa
Office of the Chapter 13 Trustee
100 Jericho Quadrangle
Ste 127
Jericho, NY 11753

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437

                                                                                RAS Crane, LLC
                                                                                Authorized Agent for Secured Creditor
                                                                                10700 Abbott's Bridge Road, Suite 170
                                                                                Duluth, GA 30097
                                                                                Telephone: 470-321-7112
                                                                                Facsimile: 404-393-1425

                                                                        By:  /s/ Alexis Van ZIlen
                                                                                Alexis Van Zilen
                                                                                avzilen@rascrane.com



**RAS Crane LLC**
<<Special.FirmStreet1>>
<<Special.FirmCity>>, GA <<Special.FirmZip>>
Ph <<Special.FirmPhone>>    Fax: <<Special.FirmFax>>

Selene Finance LP　　　　　　　　　　　　　　　Date: <<SPECIAL.TODAY>>
Attn: BK Dept.
9990 Richmond
Houston, TX　　　　　　　　　　　　　　　　　　File #
77042　　　　　　　　　　　　　　　　　　　　　INV #

Attention:

RE:　CH13 BKY-POC/Plan Review

| DATE | DESCRIPTION | QTY | AMT | EXT | ATTY |
|---|---|---|---|---|---|
| 7/19/2019 | Bankruptcy Proof of Claim (recoverable BK-4108) | 1.00 | 300.00 | 300.00 | AMaselli |
| 7/19/2019 | Bankruptcy Proof of Claim- Part 5/410A (recoverable) (BK-4146) | 1.00 | 250.00 | 250.00 | AMaselli |

　　　　　　　　Total Fees & Disbursements　　　　2.00　　　　　　550.00

　　　　　　　　Balance Now Due　　　　　　　　　　　　　　　　550.00
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　----------------------

TAX ID Number:

<<Tracker.FileNumber>>



**RAS Crane LLC**
<<Special.FirmStreet1>>
<<Special.FirmCity>>, GA <<Special.FirmZip>>
Ph <<Special.FirmPhone>>    Fax: <<Special.FirmFax>>

Selene Finance LP
Attn: BK Dept.
9990 Richmond
Houston, TX
77042

Date: <<SPECIAL.TODAY>>

File #
INV #

Attention:

RE:    CH13 BKY-POC/Plan Review

| DATE | DESCRIPTION | QTY | AMT | EXT | ATTY |
|---|---|---|---|---|---|
| 7/1/2019 | Bankruptcy Plan Review (recoverable BK-4102) | 1.00 | 350.00 | 350.00 | AMaselli |
| | Total Fees & Disbursements | 1.00 | | 350.00 | |
| | Balance Now Due | | | 350.00 | |

TAX ID Number:

<<Tracker.FileNumber>>